IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:21cr360-MHT
                            )            (WO)
DANIEL RAY JACKSON          )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the revocation judgment entered today, it is ORDERED that:

(1) Immediately upon the commencement of supervised release, the United States Probation Office shall arrange for defendant Daniel Ray Jackson to resume receiving mental-health treatment from South Central Alabama Mental Health Center.

(2) Within 30 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Jackson to receive a comprehensive mental-health evaluation by a psychologist or psychiatrist who can provide a detailed written report to the court on the subjects below.  The

probation office shall consult with the Federal Defender program for assistance in identifying and arranging for an appropriate evaluation. The evaluation shall include appropriate diagnostic testing; shall address whether defendant Jackson had any adverse childhood experiences that are affecting his current behavior and mental health, and if so, what treatment approaches are recommended to address any lingering impacts of those experiences; what mental-health (including substance-use) disorders he experiences, and what treatment, including specific treatment modalities, are recommended to address any disorders; and what treatment and supportive programs/services are recommended to assist him in complying with the terms of supervised release and avoiding further criminal activity. The United States Probation Office shall file the evaluator's report with the court under seal.

**(3) The United States Probation Office shall ensure that, prior to the evaluation, the evaluator receives a copy of the psychological evaluation conducted by Dr. David Ghostley.** *See* **Pysch. Evaluation (Doc. 34-1).**

**(4) Within 40 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Jackson is faring.**

**DONE, this the 29th day of May, 2024.**

                                                 /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**